**Fill in this information to identify the case:**

Debtor 1    Ervon Blair, Jr

Debtor 2   
(Spouse, if filing)

United States Bankruptcy Court for the:   WESTERN     District of   TENNESSEE
                                                                                                                    (State)

Case number   19-27415

# Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| **Name of creditor:** | NATIONSTAR MORTGAGE LLC | Court claim no. (if known) | 10-1 |
| **Last four digits** of any number you use to identify the debtor's account: | XXXXXX6776 | | |

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**
☒ No
☐ Yes. Date of the last notice:

### Part 1:  Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $ 0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. | Attorney fees | | (3) | $ 0.00 |
| 4. | Filing fees and court costs | | (4) | $ 0.00 |
| 5. | Bankruptcy/Proof of claim fees | | (5) | $ 0.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. | Property inspection fees | | (7) | $ 0.00 |
| 8. | Tax advances (non-escrow) | 12/10/2019, 8/10/2020 | (8) | $ 838.72 |
| 9. | Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. | Property preservation expenses. Specify: _____ | | (10) | $ 0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Debtor 1 | Ervon Blair, Jr | Case number (*if known*) | 19-27415 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/Dana  O'Brien          Date  12/30/2022
Signature

Print:   Dana                  O'Brien          Title   Authorized Agent
         First Name   Middle Name   Last Name

Company   McCalla Raymer Leibert Pierce, LLC

Address   1544 Old Alabama Road
          Number   Street
          Roswell          GA          30076
          City          State          ZIP Code

Contact phone   (312) 346-9088 X5188          Email   Dana.OBrien@mccalla.com

Official Form 410S2          Notice of Postpetition Mortgage Fees, Expenses, and Charges          page 2

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **In re:** | ) |
| | ) **Case No.** 19-27415 |
| Ervon Blair, Jr | ) **Chapter** 13 |
| | ) |
| | ) **JUDGE:** JENNIE D. LATTA |

## EXHIBIT B

ITEMIZATION OF CLAIM

| | | | |
|---|---|---|---|
| Tax Advances (non-Escrow) | | | $468.79 |
| 12/10/2019 | Property Taxes Advanced | $468.79 | |
| Tax Advances (non-Escrow) | | | $369.93 |
| 08/10/2020 | Property Taxes Advanced | $369.93 | |

- **TOTAL POSTPETITION FEES, EXPENSES, AND CHARGES**: $838.72

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322 (b)(5) and Bankruptcy Rule 3002.1

In Re:	Bankruptcy Case No.: 19-27415
    Ervon Blair, Jr	Chapter: 13
    	Judge: Jennie D. Latta

## CERTIFICATE OF SERVICE

I, Dana O'Brien, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Ervon Blair, Jr
2949 Letrec Cove
Memphis, TN 38127

Herbert D. Hurst	*(served via ECF Notification)*
Hurst Law Firm, P.A.
P.O. Box 41497
Memphis, TN 38174

Sylvia F. Brown, Trustee	*(served via ECF Notification)*
200 Jefferson Avenue
Suite 1113
Memphis, TN 38103

U.S. Trustee	*(served via ECF Notification)*
Office of the U.S. Trustee
One Memphis Place
200 Jefferson Avenue, Suite 400
Memphis, TN 38103

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 12/30/2022   By:   */s/Dana O'Brien*
    (date)                  Dana O'Brien
                            Authorized Agent for Nationstar Mortgage LLC